AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

The Premises located at
xxxxxxxxxxxxxxxxxxxxxxxxxx
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I,    Victoria R. Woods    being duly sworn depose and say:

I am a(n)    Special Agent with the Drug Enforcement Administration    and have reason to believe
         (Official Title)

that (name, description and or location)

Premises located at xxxxxxxxxxxxxxxxxxxxxxxxx, Washington, D.C. which is further described in the attached affidavit which is incorporated by reference.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

**SEE ATTACHED AFFIDAVIT**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

**SEE AFFIDAVIT**

concerning a violation of Title 21 United States Code, Section(s) 841 and 846. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES

Emory Cole
Organized Crime and Drug Trafficking Section
(202) 616-3388

Signature of Affiant
VICTORIA R. WOODS
Special Agent, DEA

Sworn to before me, and subscribed in my presence

_____    at Washington, D.C.
Date

_____    _____
Name and Title of Judicial Officer    Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE | ) |
| **SEARCH OF:  The premise** | ) |
| **Located at xxxxxxxxxxxxxxxxxxxxxxxx** | ) |
| **Washington, DC** | ) |

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**

  I, Victoria R. Woods (hereinafter your affiant), Special Agent of the Drug Enforcement Administration (DEA), United States Department of Justice, Washington, D.C. (WDC), having been duly sworn, state

**I.  INTRODUCTION**

  Your affiant is an investigative and law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substances Act of 1970, Title 21 of the United States Code (USC), as amended.

  Your affiant is a Special Agent (SA) of the DEA and has been so employed for approximately 1 year and is presently assigned as an investigative agent in the Washington Division Office of the DEA in WDC. During the past year, your affiant has been assigned to investigations involving the illegal possession, distribution, and/or manufacture of controlled substances.   Your affiant has received specialized training in narcotics investigation, as well as laws of search and seizure.  Your affiant has participated in the execution of arrests and search warrants related to drug investigations.  The information related in this affidavit either is known to your affiant personally or has been related to your affiant by other experienced agents of the DEA

1

working on this investigation, based upon their knowledge.

Based on your affiant's training, experience and participation in narcotic and drug related investigations and the training and experience of other agents and police officers with whom I am working in this investigation, your affiant knows that:

a. Individuals who deal in illegal controlled substances maintain books, records, receipts, notes, ledgers, bank records, money orders and other papers relating to the importation, manufacture, transportation, ordering, sale and distribution of illegal controlled substances. These books, records, receipts, notes, ledgers, bank records, money orders, etc., are maintained where the dealers in illegal controlled substances have ready access to them, such as in secured locations within their residence, the residences of friends and associates, in the places of operation of the drug distribution activity, such as a stash house or safe house, or in a business location with which the trafficker is associated.

b. Individuals who deal in illegal controlled substances routinely conceal in their residences and/or the residences of friends and associates, as well as their business locations, and/or in the places of operation of the drug distribution activity, such as a stash house or safe house, large quantities of currency, financial instruments, precious metals, jewelry and other items of value, typically proceeds of illegal controlled substance transactions.

c. It is common for individuals who deal in the sale of and distribution of illegal controlled substances, particularly cocaine, to secrete contraband related to the activity, such as scales, razors, packaging materials, cutting agents, cooking utensils, microwave ovens, pots, dishes and other containers for preparing

cocaine base, cocaine and other controlled substances for distribution, at their residences, or the residences of friends or associates, in their business locations, or in the places of operation of the drug distribution activity, such as stash houses, safe houses or storage areas.

    d. Individuals who deal in the sale and distribution of controlled substances commonly maintain addresses and telephone number books or papers which reflect names, addresses and/or telephone numbers for their associates in their illegal organization. These individuals often utilize cellular telephones, pagers and telephone systems to maintain contact with their associates in their illegal businesses. These telephone records, bills and pager numbers are often found in their place of residence, or the residence of friends or associates, in their business locations, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

    e. Individuals who deal in illegal controlled substances often take photos of themselves, their associates, their property and illegal contraband. These photos are usually maintained in their place of residence, or the residences of friends or associates, in their business locations, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

    f. Persons who traffic controlled substances maintain documents, letters and records relating to illegal activity for long periods of time. This documentary evidence is usually secreted in their residence, or the residences of friends or associates, in their businesses, or in the places of operation of the drug distribution activity, such as a stash house or safe house. This documentary

evidence includes but is not limited to telephone numbers, telephone books, address books, credit card and hotel receipts, plane and bus tickets and receipts, car rental receipts, accounts and records in fictitious names, false identification, money orders, cashiers checks relating to cash transactions and records indicating the existence of storage facilities used in narcotics trafficking.

        g.    Individuals involved in narcotics trafficking often own, possess and/or use weapons as a means to facilitate their illegal drug activities. Such weapons are most often secreted in their residence, or the residences of friends or associates, in their business locations, or in the places of operation of the drug distribution activity, such as stash houses, safe houses or storage areas.

        h.    This affidavit is based in part upon consensually monitored conversations, on physical surveillance, on controlled drug purchases, on information provided by cooperating individuals, and other information gathered during the investigation. This affidavit does not contain all of the information known to me regarding this investigation. Your affiant has included in this affidavit facts which she believes are sufficient to support a probable cause finding for the issuance of the requested search warrants.

## II. DESCRIPTION OF LOCATION

This affidavit is respectfully submitted in support of an application for a warrant to search the following location:

        a. xxxxxxxxxxxxxxxxxxxxxxxxxxxx.  This location is further described as a multi-family apartment building.   Apartment Building #1838 sits on the north side of I Street at the corner of 19th. The building number "xxxx" is located

4

on the right above the entrance door.   Upon entering the building, one set of stairs leads to the apartments located on the xxxx floor.  Apartment xx is located on the xxx floor of the building to the immediate left of the stairs.   The number xx is etched on the door knocker affixed to the apartment door.

## FACTS AND CIRCUMSTANCES

In or about September 2005, the cooperating source, (hereafter referred to as the CS) began cooperating with the Metropolitan Police Department and the DEA.  As part of his/her cooperation, the CS agreed to meet with law enforcement and provide them with information on his/her drug trafficking activities as well as the criminal activities of others.  The information gathered from the CS was corroborated to every reasonable extent possible and has proven to be reliable.  The CS has helped in the recovery of over 160 grams of crack cocaine, the seizure of a handgun and the arrests of two suspects.

Within the past 72 hours, the CS stated he/she has been inside 1838 I Street, NE., #2, Washington, D C., where he/she observed approximately 1/8 of a kilogram of crack cocaine being cut, divided and bagged for distribution by Vincent SMITH.  This location was identified by the CS as a stash house for the distribution of crack cocaine and is believed to be the primary residence of Vincent SMITH where he resides with his girlfriend.  During the course of this investigation, the CS has seen a firearm in the above mentioned location.

## CONCLUSION

The facts described above are not all the facts known to your affiant, rather what is sufficient to show probable cause. Based on the above facts, along with your affiant's training and experience, there is probable cause to believe that the residence commonly known as xxxxxxxxxxxxxxxx, Washington, DC, is currently storing drug related proceeds and/or drug related records and other documents relating to the violations of Title 18 United States Code Sections 981, 1956 and 1957, violations of Title 21 United States Code Sections 812, 841 (a) (1), 846 and 881 et seq. and violations of Title 26 United States Code, Section 7201.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on this _____ day of October 17, 2006


_____
Special Agent Victoria R. Woods
U.S. Drug Enforcement Administration


Subscribed to and sworn before me this _____ day of October, 2006


_____
United States Magistrate Judge
District of Columbia