AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The Premises located at

**SEARCH WARRANT**

CASE NUMBER 06 - 442 - M - 01

TO: <u>Drug Enforcement Administration</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Victoria R. Woods</u>   who has reason to believe that
(name, description and/or location)

Premises located at

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

### SEE ATTACHMENT AFFIDAVIT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _October 27, 2006_
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

OCT 17 2006 @ 2:45

Date and DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 10-17-2006 | 10-18-2006 06:30pm | VINCENT SMITH |

INVENTORY MADE IN THE PRESENCE OF  *SA Rodney Young*

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

*See Attached DEA 12 (Receipt for cash or other items) 1 page*

## FILED

OCT 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Victoria Mrs*

Subscribed, sworn to, and returned before me this date.

_____     10 | 31 | 06
U.S. Judge or U.S. Magistrate Judge                Date

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Vincent Smith | | |
| | FILE TITLE | |
| | DATE  10/18/06 | |
| DIVISION/DISTRICT OFFICE | | |

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Miscellaneous Documents | |
| | 2 Scales | |
| | cell phones (2) | |
| | photos | |
| | nothing to follow | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| *Victoria Woods* | SA VICTORIA WOODS |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| | |

FORM DEA-12 (9-00) *Previous editions obsolete*          Electronic Form Version Designed in JetForm 5.2 Version